UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | NO:   MO:24-M -00053(1) |
| (1) Mario Aldaz | § § | |

**ORDER**

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is hereby notified of, and ordered to comply with, the prosecutor's disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. The Government is further notified of the possible consequences of violating this Order or those disclosure obligations, which may include, but are not necessarily limited to, the delay of trial or other proceedings, the exclusion of evidence, the giving of adverse jury instructions, the grant of new trial, the dismissal of an action, or a finding of contempt.

IT IS SO ORDERED this **5th day of March, 2024.**

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE