**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| **United States of America** | § | |
| | § | |
| **vs.** | § | **Case Number:  MO:24-M -00053(1)** |
| | § | |
| **(1) Mario Aldaz** | § | |

**ORDER RESETTING PRELIMINARY / DETENTION HEARING**

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for 1:30 PM, in Midland Magistrate Courtroom, on the First Floor of the United States Courthouse, 200 E. Wall, Midland, TX, on March 07, 2024.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this 6th day of March, 2024

_____
**RONALD C. GRIFFIN**
**UNITED STATES MAGISTRATE JUDGE**