IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

FILED
MAR 26 2024
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____MR_____
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>MARIO ALDAZ<br><br>Defendant | INFORMATION<br><br>7:24-CR-047<br><br>COUNT 1: 21 U.S.C. § 841(a)(1) -<br>Controlled Substances – Possession with<br>Intent to Distribute |

**THE UNITED STATES ATTTORNEY CHARGES:**

<u>COUNT ONE</u>
[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)]

On or about March 3, 2024, in the Western District of Texas, Defendant,

**MARIO ALDAZ,**

unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, which offense involved a quantity of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

JAIME ESPARZA
United States Attorney

By: _____ FOR
Patrick Sloane
Assistant United States Attorney

1